# THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO AT DAYTON

| | |
|---|---|
| In re: | CASE NO. 13-31504 |
| TRACY L STEWART | CHAPTER 7 |
| AKA TRACEY STEWART | |
| AKA TRACY LYNN STEWART | JUDGE Guy R. Humphrey |
| AKA TRACY R. STEWART | |
| Debtors. | |

## TRUSTEE'S ABANDONMENT

Ruth Ann Slone, Trustee, Trustee in the above case, hereby abandons the property, 615 Omar Circ, Yellow Springs, OH 45387, valued at $124,680.00 by the Greene County Auditor.

The Trustee has determined that there is no equity in said property for the benefit of the unsecured creditors of the estate, and/or that it is of inconsequential value, and/or that it would be burdensome to administer for the benefit of the estate`s unsecured creditors.

Respectfully Yours,

/s/ Ruth Ann Slone, Trustee
(per written authorization)
Ruth Ann Slone, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th of August, 2013, a copy of the foregoing Trustee's Abandonment of Property was served on the following via ECF/CM or by ordinary U.S. Mail, postage pre-paid:

TRACY L STEWART
AKA TRACEY STEWART
AKA TRACY LYNN STEWART
AKA TRACY R. STEWART, Debtor
615 Omar Circle
Yellow Springs, OH 45387
**(U.S. Regular Mail)**

Jeffrey R. McQuiston, Debtor`s Counsel
130 West Second Street, Suite 1818
Dayton, OH 45402
**(Electronic Mail)**

Ruth Ann Slone, Bankruptcy Trustee
PO Box 3340
Dayton, OH 45401
**(Electronic Mail)**

Office of the US Trustee (DAY)
170 North High Street Suite 200
Columbus, OH 43215
**(Electronic Mail)**

/s/ John L. Day, Jr.
John L. Day, Jr., Esq.